B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Daniel Sreckovic, Jessica Renee Sreckovic**, Debtor(s)

Case No.

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> -NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
   ☐ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt         ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> Ally Financial | **Describe Leased Property:** <br> 06/26/13 - 06/25/16 <br> $278.43 per month | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ■ YES     ☐ NO |
| Property No. 2 | | |
| **Lessor's Name:** <br> Kia Motor Finance | **Describe Leased Property:** <br> 10/14/14 to 04/13/18 <br> $355.43 per month | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ■ YES     ☐ NO |
| Property No. 3 | | |
| **Lessor's Name:** <br> Velimir Dzebo | **Describe Leased Property:** <br> 09/06/15 to 09/05/16 $850.00 per month | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ■ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 20, 2015**  Signature  **/s/ Daniel Sreckovic**
**Daniel Sreckovic**
Debtor

Date **November 20, 2015**  Signature  **/s/ Jessica Renee Sreckovic**
**Jessica Renee Sreckovic**
Joint Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy